UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRANDON ALLEN FOXX, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Case No. 3:18-cv-00019 |
| | )    MATTICE/POPLIN |
| THE CITY OF KNOXVILLE, et al, | ) |
| | ) |
|    Defendants. | ) |

## STIPULATION OF DISMISSAL

Come now the Plaintiff and the City of Knoxville, by and through counsel, and hereby stipulate dismissal of this proceeding against all remaining parties, with prejudice. Each party shall be responsible for its own costs.

Respectfully submitted this 27th day of June, 2019.

                                                           s/ Ronald E. Mills, BPR # 013348
                                                         Deputy Law Director
                                                         City of Knoxville
                                                         400 Main Avenue, Suite 699
                                                         Knoxville, TN 37902
                                                         (865) 215-2050
                                                         *Attorney for Defendants City of Knoxville and*
                                                                    *David Rausch*

                                                         s/ A. Phillip Lomonaco, BPR # 11579
                                                         LAW OFFICES OF A. PHILLIP LOMONACO
                                                         800 S. Gay Street, Suite 1950
                                                         Knoxville, TN 37929
                                                         (865) 521-7422
                                                         *Attorney for Plaintiff Brandon Allen Foxx*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2019, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Ronald E. Mills

## REPRESENTATION OF COUNSEL

I certify that all signatories have consented to the filing of this document.

s/ Ronald E. Mills

T:\LITIGATI\CIVILRT\Foxx, Brandon\Refiled 318-cv-19\Stipulation of Dismissal.doc